IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-283-D

SONIA WRIGLESWORTH, )
)
          Plaintiff, )
)
v. ) **ORDER**
)
CHRISTINE WORMUTH, Secretary, )
U.S. Department of the Army )
)
          Defendant. )

Sonia Wriglesworth ("Wriglesworth" or "plaintiff") is a familiar litigant, who now pursues her sixth action in this court. See [D.E. 15] 2. For the reasons stated in defendant's memorandum of law in support of its motion to affirm the Merit System's Protection Board's ("MSPB") decision affirming Wriglesworth's removal from federal service [D.E. 15], the court GRANTS defendant's motion to affirm the MSPB's decision [D.E. 15] and GRANTS defendant's motion to dismiss [D.E. 14].

SO ORDERED. This 1 day of April, 2025.

                                                JAMES C. DEVER III
                                                United States District Judge