UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SONIA L. WRIGLESWORTH, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHRISTINE WORMUTH, Secretary, U.S. )<br>Department of the Army, )<br>)<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:24-CV-283-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that for the reasons stated in defendant's memorandum of law in support of its motion to affirm the Merit System's Protection Board's ("MSPB") decision affirming Wriglesworth's removal from federal service [D.E. 15], the court GRANTS defendant's motion to affirm the MSPB's decision [D.E. 15] and GRANTS defendant's motion to dismiss [D.E. 14].

This Judgment filed and entered on April 1, 2025, and copies to:
Sonia I. Wriglesworth (via US Mail to 158 Pine Ridge Drive, Whispering Pines, NC 28327)
Rudy E. Renfer      (via CM/ECF electronic notification)

April 1, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk